UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINDA EDSON,

    Plaintiff,

v.                                        Case No. 3:24cv635-TKW-ZCB

WELLS FARGO BANK, N.A.,
and APPLE, INC.,

    Defendants.
_____/

## ORDER

Upon due consideration of the magistrate judge's Report and Recommendation (Doc. 15) and Plaintiff's response (Doc. 17), which states that Plaintiff agrees with the dismissal of Defendant Apple, Inc. (Apple) because it is not a financial institution, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Apple's motion to dismiss (Doc. 4) is **GRANTED**, and Plaintiff's claim against Apple is **DISMISSED with prejudice** for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

3. The Clerk shall terminate Apple as a defendant in CM/ECF.

1

**DONE AND ORDERED** this 21st day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**