UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINDA EDSON,

    Plaintiff,

v.                                       Case No. 3:24cv635-TKW-ZCB

WELLS FARGO BANK, NA,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 16). Plaintiff did not file any objections to the R&R, but she did file an "amendment to [her] claim" (Doc. 19).

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's claim against Wells Fargo should be dismissed with leave to amend. The "amendment" filed by Plaintiff will be accepted as her amended complaint and Wells Fargo will be given until April 21, 2025, to respond to it.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Wells Fargo's motion to dismiss (Doc. 8) is **GRANTED**, and

Plaintiff's claim against Wells Fargo is **DISMISSED without prejudice** for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

3. Plaintiff's "amendment to [her] claim" (Doc. 19) is deemed filed and will be treated as Plaintiff's amended complaint.

4. Wells Fargo's motion for extension of time (Doc. 20) is **GRANTED**, and Wells Fargo has until April 21, 2025, to answer or otherwise respond to the amended complaint.

5. This case is returned to the magistrate judge for further pretrial proceedings.

**DONE AND ORDERED** this 8th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**